**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEOLEGARIO TALAMANTES-HERRERA,
   aka "Olegario Talamantes-Herrera,"
   aka "Joaquin Talamantes-De La Rocha,"
   aka "Joaquin De La Rocha,"
   aka "Joaquin Talamantes,"
   aka "Miguel Urias Herrera,"

    Defendant.

Case No. 2:24-mj-00822-EJY

**Order Directing Probation to Prepare a Criminal History Report**

Good cause appearing, and the best interest of justice being served, IT IS HEREBY ORDERED that the Stipulation Directing Probation to Prepare a Criminal History Report (ECF No. 13) is GRANTED.

IT IS FURTHER ORDERED that the U.S. Probation Office is directed to prepare a report detailing the Defendant's criminal history.

Dated this 17th day of October, 2024.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE