UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>DEOLEGARIO TALAMANTES-HERRERA,<br><br>       Defendant. | Case No. 2:24-cr-00248-RFB-BNW<br><br>**ORDER** |

   IT IS HEREBY ORDERED that the Stipulation to Continue Preliminary Hearing (ECF No. 19) is GRANTED.

   IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 20, 2025 at the hour of 4:00 p.m., be vacated and continued to February 19, 2025 at the hour of 2:30 p.m. in Courtroom 3D.

   DATED this 7th day of January, 2025.

_____
UNITED STATES MAGISTRATE JUDGE